# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SHAWN M. CALDWELL**                                                                                    **PLAINTIFF**

v.                                      Case No. 4:22-cv-00298-KGB

**SOCIAL SECURITY ADMINISTRATION**                                                    **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 16). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court affirms the final decision of the Commissioner and dismisses with prejudice plaintiff Shawn M. Caldwell's complaint.

It is so ordered this 18th day of April, 2023.

_____
Kristine G. Baker
United States District Judge